THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lonnie C. Kirby,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2005-UP-106
Submitted February 1, 2005  Filed February 
 10, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Appellant, Lonnie C. Kirby, 
 pled guilty to second-degree burglary and grand larceny.  The trial judge sentenced 
 Kirby to concurrent terms of fifteen years on the burglary charge and ten years 
 on the larceny charge.  Kirbys counsel attached to the brief a petition to 
 be relieved as counsel, stating that she had reviewed the record and concluded 
 this appeal lacks merit.  Kirby did not file a separate pro se 
 brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels 
 petition to be relieved is granted.1
 APPEAL DISMISSED.  
 GOOLSBY, HUFF, and STILWELL, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.